# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00018-CV

**Farida Moeen and Pulin Pandya, Appellants**

**v.**

**Centrix Group, LLC, Appellee**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. 18-2000, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Farida Moeen and Pulin Pandya have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed on Appellants' Motion

Filed: March 29, 2019